BEFORE THE SECOND DIVISION, JANUARY 20, 1964

No. 68251.—Goodkin Hardware Co. *v.* United States, protest 62/7611 (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.

No. 68252.—W. H. S. Lloyd Co., Inc., and C. A. Haynes & Co. *v.* United States, protest 62/16297 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of wallpaper sample books similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (46 Cust. Ct. 118, C.D. 2243), the claim of the plaintiff was sustained.